UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER ROCHA,<br><br>      Plaintiff,<br><br>    v.<br><br>CLARINS USA, INC.ET. AL.,<br><br>      Defendant. | No.  1:14-CV-1390-MJS<br><br>**ORDER TO DISMISS AND TO CLOSE ACTON**<br><br>**(ECF NO. 10)** |

Based on the parties' Stipulation for dismissal under F.R. Civ. P. 41 (a), this Court DISMISSES with prejudice this entire action and all claims; and DIRECTS the Clerk to close this action.

IT IS SO ORDERED.

Dated:   November 14, 2014          /s/ *Michael J. Seng*
                                                          UNITED STATES MAGISTRATE JUDGE